UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REV. CALVIN WARREN,            )
                               )
      Plaintiff,               )
                               )
v.                             )        No. 4:13-CV-2233 CAS
                               )
FEDERAL GOVERNMENT, et al.,    )
                               )
      Defendants.              )

**MEMORANDUM AND ORDER**

Over the past three months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy against his family.[1] Plaintiff alleges that the government is using racism, terrorism and Satanism against him and trying to murder his family because they are Christians and preachers of the gospel. The complaint also names as defendants "the prejudice[d] sheriffs of America," "the prejudice[d] white police (in St. Louis, Mo.)," "the prejudice[d] ungodly, Satan possessed black polices [sic] & the ungodly, prejudice[d], white race and the prejudice[d], ungodly black race."

---

[1]See Warren v. Federal Gov't, No. 4:13-CV-1465 CEJ (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1560 RWS (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1570 JAR (E.D. Mo. 2013); *Warren v. Federal Gov't*, No. 4:13-CV-1634 HEA (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1643 AGF (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1780 CEJ (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1878 CEJ (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1906 TIA (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-1998 SNLJ (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-2069 SPM (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-2093 DDN (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-2147 JAR (E.D. Mo. 2013); Warren v. Federal Gov't, No. 4:13-CV-2206 JAR (E.D. Mo. 2013).

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. See Warren v. Federal Government, 4:13-CV-1878 CEJ (E.D. Mo.). This case is no different from plaintiff's previous cases. Consequently, the Court will deny plaintiff's motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. See In re Tyler, 839 F.2d 1290, 1292 (8th Cir. 1988) ("Judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**. [Doc. 2]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice.

A separate Order of Dismissal will accompany this Memorandum and Order.

                                                                                 /s/ Charles A. Shaw
                                                                                 **CHARLES A. SHAW**
                                                                                 **UNITED STATES DISTRICT JUDGE**

Dated this  12th  day of November, 2013.